# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2013

## NO. 03-13-00069-CV

**Clifton E. Wolf, Melba R. Wolf, Mary Ellen Castillo, and James Allen Reinarz, M.D., Appellants**

**v.**

**Highland Haven Property Owners Association, Inc.;
Shady Acres Property Owners Association, Inc.; and Kathleen Barnett,
as Independent Executrix of the Estate of Chester Arthur Barnett, Appellees**

### APPEAL FROM 33RD DISTRICT COURT OF BURNET COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the district court's judgment:  **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the district court is in all things affirmed.  It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.